FILED
2022 Apr-26  PM 01:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FELITA ELLIOTT WILSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Case No.: 2:21-cv-1703-AMM |
| **AT&T MOBILITY SERVICES, LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

In accordance with the parties' joint stipulation, Doc. 14, this action is referred to binding contractual individual arbitration and this action is **STAYED** until such arbitration is completed or the case is dismissed.

**DONE** and **ORDERED** this 26th day of April, 2022.



ANNA M. MANASCO
UNITED STATES DISTRICT JUDGE